# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVONTE DESHAWN GWIN,<br><br>Petitioner<br><br>v.<br><br>MARTEL,<br><br>Respondent. | Case No. CV 14-6083-MWF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 6, 2017

_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE